THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 07-52874
JAMES FREDERICK MAGUIRE JR )
    Debtor(s) ) MARILYN SHEA-STONUM
) BANKRUPTCY JUDGE
)
) TRUSTEE'S MOTION TO
) DISMISS DUE TO FAILURE OF
) DEBTOR(S) TO MAKE PLAN
) PAYMENTS

Now comes Keith L. Rucinski, the Chapter 13 Trustee, and requests an order of dismissal of the above mentioned Chapter 13 Plan due to the following:

1. Debtor(s) has/have not been making his/her/their Chapter 13 Plan payments as ordered.

2. The case was filed on **09/06/2007**.

3. The monthly Plan payments are $**1191.67**.

4. As of this date, the payments into the Plan should total **$15,270.67**.

5. As of this date, the payments into the Plan total **$7,906.00**.

6. As of this date, the arrearages total is **$7,364.67**.

7. The last payment was received on **November 03, 2010.**

### NOTICE TO ATTORNEYS

\*\***Pursuant to this Court's Administrative Order 00-4, attorneys are required to file a notice of no opposition or a notice of inability to communicate with the debtor(s).**

**In the alternative, attorneys may contact Holly Byler, at the Chapter 13 Trustee's Office at 330.762.6335 ext. 225 or hbyler@ch13akron.com at least 2 days prior to the scheduled Court hearing to resolve this motion.**

**If attorneys do not file a response or contact the Chapter 13 Office, attorneys are required to appear at any Court hearing on this matter. \*\***

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com

Respectfully submitted,

**/s/ Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone: 330.762.6335
Fax: 330.762.7072
Email: krucinski@ch13akron.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been sent to:

JAMES FREDERICK
MAGUIRE JR
3009 SMITH RD SUITE 75
AKRON, OH 44333
(Via Regular mail)

ROBERT M WHITTINGTON(via ECF)

Keith L. Rucinski, Chapter 13 Trustee(via ECF)

Office of the US Trustee(via ECF)

Date of Service: **2/22/2011**    By: **Holly Byler**
Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
1 Cascade Plaza
Suite 2020
Akron, Oh 44308
(330) 762-6335
Fax
(330) 762-7072
Email
krucinski@ch13akron.com