IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In re:                                               CASE NO: 07-52874
)      Chapter 13
James Frederick Maguire, Jr.
)

)
         Debtor(s).                            Judge Marilyn Shea-Stonum
)
                                                      OBJECTION TO ALLOWANCE
                                                      OF CLAIM

        Now comes the above-captioned debtor, by and through the undersigned counsel, who hereby objects to the allowance of the claim of the United States Department of the Treasury, Internal Revenue Service, filed herein in the amount of $18,330.81. The debtor states the following:

        1. This case was commenced as a case under chapter 13, title 11 U.S.C. on September 6, 2007.

        2. The debtor, and his former spouse, operated a Ohio corporation named James M., Inc. prior to the debtor's filing of his chapter 13 case. On August 12, 2010, the Internal Revenue Service filed herein a proof of claim for trust fund taxes owed by the corporation for the tax periods ending March 31, 2006, June 30, 2006, September 30, 2006, December 31, 2006 and March 31, 2007. The amount of this proof of claim was for $18,330.81. The proof of claim filed by the Internal Revenue Service labels the amounts for these tax periods as "civil penalties," apparently alleging that the petitioner is the responsible party for paying these taxes. The debtor submits, however, that his former wife has agreed to assume and pay these taxes.

        3. Attached hereto as Exhibit "A" are copies of "plain English" tax transcripts itemizing the debtor's alleged liability for each of the time periods that comprise the proof of claim filed by the Internal Revenue Service, *viz.*,

                a. March 31, 2006, credit due the debtor of $775.52.
                b. June 30, 2006, zero balance of tax due.
                c. September 30, 2006, account balance of $2,221.38
                d. December 31, 2006, account balance of $1,632.27.

        The debtor submits, therefore, that according to the Internal Revenue Service, the

debtor owes a total of $3,077.86. Adding to this $3,077.86 an additional amount of $4,624.74 that the Internal Revenue Service states in the proof of claim is owed by the debtor for the tax period ending March 31, 2007, the sum is a grand total of $7,702.60 and not the $18,330.81 amount set forth by the Internal Revenue Service in its proof of claim.

      4. Additionally, the Internal Revenue Service has sent to the chapter 13 trustee a credit letter dated February 15, 2010 (apparently actually sent to the chapter 13 trustee on February 15, 2011) indicating that the debtor should be credited $3,988.85. Application of this credit does not explain the discrepancy between the $7,702.60 shown on the above-referenced transcripts and the amount shown on the Internal Revenue Service's proof of claim and it is not apparent how this $3,988.85 is accounted for in the transcripts attached as Exhibit "A," if in fact the $3,988.85 is credited at all.

      WHEREFORE, the debtor prays for the entry of an order disallowing the claim of the Internal Revenue Service in its entirety and directing the Internal Revenue Service to file herein an amended claim for any amounts due within ninety (90) days from the date of this motion. The debtor further prays for such other and further relief as may be equitable and just.

Respectfully Submitted,

/s/ Robert M. Whittington, Jr. 0007851
159 S. Main St., Suite 1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing objection was sent by ordinary U.S. Mail, postage prepaid, this 28th day of February, 2011 to the following:

Keith Rucinski, chapter 13 trustee
I Cascade Plaza, #2020
Akron, OH 44308

U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Group 6
1240 East Ninth Street, Room 493
Cleveland, OH 44199

Office of the United States Attorney
Attn: Bankruptcy Section
Carl B. Stokes United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113-1852

Attorney General of the United States
U.S. Department of Justice Tax Division
Civil Trial Section, Northern Region
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044

/s/ Robert M. Whittington, Jr.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 07-52874 |
| | ) | Chapter 13 |
| James Frederick Maguire, Jr. | ) | |
| | ) | Judge Marilyn Shea-Stonum |
| | ) | <u>NOTICE OF OBJECTION TO CLAIM</u> |
| Debtors. | ) | |

The debtor has filed an objection to your claim in this bankruptcy case.

**<u>Your claim may be reduced, modified or eliminated.</u> You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, then or before April 6, 2011, you or your lawyer must file with the Court a written response to the objection explaining your position at room 455, U.S. Courthouse, 2 S. Main Street, Akron, Ohio 44308.

If you mail your response to the Court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Robert M. Whittington, Jr., 1023 Key Bldg., 159 S. Main Street, Akron, OH 44308

Keith Rucinski, chapter 13 trustee, I Cascade Plaza, #2020, Akron, OH 44308

If you or your attorney do not take these steps, the Court may decide that you do not oppose the objection to your claim.

DATE: February 28, 2011

                                      /s/ Robert M. Whittington, Jr., 0007851
                                      Attorney for the Debtor(s)
                                      1023 Key Bldg.
                                      159 S. Main St.
                                      Akron, OH 44308
                                      (330) 384-8484


# Internal Revenue Service
### DEPARTMENT OF THE TREASURY
e-services

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 02-24-2011
Response Date: 02-24-2011
Tracking Number: 100092472614

FORM NUMBER: CIVIL PENALTY                     TAX PERIOD: Mar. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:

JAMES F MAGUIRE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                     -775.52
ACCRUED INTEREST:                       0.00           AS OF: Mar. 07, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):       -775.52

**EXHIBIT A**

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>29254-448-52974-9 | 20090808 | 03-09-2009 | $5,866.02 |
| 290 | Additional tax assessed<br>29254-448-52974-9 | 20090808 | 03-09-2009 | $0.00 |
| 971 | Notice issued<br>CP 015B | | 03-09-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-10-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-27-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 08-18-2009 | $0.00 |
| 960 | Appointed representative | | 01-15-2010 | $0.00 |
| 706 | Credit transferred in from<br>1040 200712 | | 04-15-2008 | -$4,399.10 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer | | 04-15-2008 | -$2,437.45 |

|     | Payment or Reversal of Payment<br>13254-618-53098-0 |            |          |
|-----|-----------------------------------------------------|------------|----------|
| 701 | Removed credit transferred in from<br>1040 200712   | 04-15-2008 | $970.53  |
| 520 | Bankruptcy or other legal action filed              | 09-06-2007 | $0.00    |
| 683 | Payment of interest only                            | 09-13-2010 | -$23.20  |
| 570 | Additional account action pending                   | 10-18-2010 | $0.00    |
| 682 | Correction to payment of interest only              | 09-13-2010 | $23.20   |
| 680 | Payment of interest only<br>Undesignated Bankruptcy | 11-15-2010 | -$604.22 |
| 570 | Additional account action pending                   | 01-03-2011 | $0.00    |
| 680 | Payment of interest only<br>Undesignated Bankruptcy | 12-06-2010 | -$171.30 |

This Product Contains Sensitive Taxpayer Data



**Internal Revenue Service** — e-services
DEPARTMENT OF THE TREASURY

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

Request Date: 02-24-2011
Response Date: 02-24-2011
Tracking Number: 100092472614

FORM NUMBER: CIVIL PENALTY          TAX PERIOD: Jun. 30, 2006

TAXPAYER IDENTIFICATION NUMBER:

JAMES F MAGUIRE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:    0.00
ACCRUED INTEREST:    0.00          AS OF: Mar. 07, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):    0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| TRANSACTIONS |||||
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>29254-448-52631-9 | 20090808 | 03-09-2009 | $5,064.71 |
| 290 | Additional tax assessed<br>29254-448-52631-9 | 20090808 | 03-09-2009 | $0.00 |
| 971 | Notice issued<br>CP 015B | | 03-09-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-10-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-27-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 08-18-2009 | $0.00 |
| 960 | Appointed representative | | 01-15-2010 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |
| 706 | Credit transferred in from<br>CIVIL PENALTY 200503 | | 06-10-2010 | -$951.26 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |
| 706 | Credit transferred in from | | 06-10-2010 | -$54.37 |

CIVIL PENALTY 200503

| | | | | |
|---|---|---|---|---|
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>11254-663-53027-0 | | 12-04-2009 | -$179.79 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>11254-663-53057-0 | | 04-15-2009 | -$248.82 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>19254-663-53002-0 | | 08-30-2010 | -$350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>19254-663-53008-0 | | 12-04-2009 | -$2.82 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>19254-663-53049-0 | | 12-04-2009 | -$179.79 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>11254-698-53010-0 | | 07-23-2010 | -$350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>19254-698-53020-0 | | 09-28-2010 | -$350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>19254-698-53093-0 | | 08-30-2010 | -$307.00 |
| 240 | Miscellaneous penalty<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>19254-698-53094-0 | 20104408 | 08-30-2010 | $350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment<br>22254-698-53023-0 | | 07-28-2010 | -$350.00 |
| 680 | Payment of interest only<br>Undesignated Bankruptcy | | 09-13-2010 | -$23.20 |

| Code | Description | Ref / Date | Amount |
|---|---|---|---|
| 196 | Interest charged for late payment | 20104508 11-22-2010 | $23.20 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>19254-743-53210-0 | 10-28-2010 | -$350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>13254-426-53032-1 | 11-29-2010 | -$350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>11254-440-53015-1 | 11-29-2010 | -$112.63 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>11254-440-53083-1 | 12-04-2009 | -$179.79 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>11254-440-53139-1 | 11-29-2010 | -$214.34 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>13254-440-53024-1 | 12-04-2009 | -$179.79 |
| 240 | Miscellaneous penalty<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>19254-440-53271-1 | 20110708 11-29-2010 | $350.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>22254-440-53169-1 | 04-15-2010 | -$927.23 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery Penalty Balance Due by a Related Taxpayer Payment or Reversal of Payment<br>22254-440-53181-1 | 04-15-2009 | -$341.42 |
| 570 | Additional account action pending | 02-28-2011 | $0.00 |
| 196 | Interest charged for late payment | 20110708 02-28-2011 | $214.00 |
| 386 | Write-off of credit balance less than $1 | 02-28-2011 | $0.34 |

This Product Contains Sensitive Taxpayer Data

# Internal Revenue Service
### DEPARTMENT OF THE TREASURY
e-services

This Product Contains Sensitive Taxpayer Data

## Account Transcript

Request Date: 02-24-2011
Response Date: 02-24-2011
Tracking Number: 100092472614

FORM NUMBER: CIVIL PENALTY                TAX PERIOD: Sep. 30, 2006

TAXPAYER IDENTIFICATION NUMBER:

JAMES F MAGUIRE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                1,856.58
ACCRUED INTEREST:                 364.80        AS OF: Mar. 07, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):  2,221.38

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>29254-448-52396-9 | 20090808 | 03-09-2009 | $6,153.18 |
| 290 | Additional tax assessed<br>29254-448-52396-9 | 20090808 | 03-09-2009 | $0.00 |
| 971 | Notice issued<br>CP 015B | | 03-09-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-10-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-27-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 08-18-2009 | $0.00 |
| 960 | Appointed representative | | 01-15-2010 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment | | 04-15-2010 | -$3,946.77 |

19254-440-53043-1

| | | | |
|---|---|---|---|
| 241 | Miscellaneous penalty adjustment<br>IRC 6672 Adjustment to Trust Fund Recovery<br>Penalty Balance Due by a Related Taxpayer<br>Payment or Reversal of Payment | 12-28-2010 | -$349.83 |

22254-440-53091-1

```
This Product Contains Sensitive Taxpayer Data
```

**Internal Revenue Service** e-services
DEPARTMENT OF THE TREASURY

| This Product Contains Sensitive Taxpayer Data |
|---|

## Account Transcript

Request Date: 02-24-2011
Response Date: 02-24-2011
Tracking Number: 100092488614

FORM NUMBER: CIVIL PENALTY          TAX PERIOD: Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:         ▮▮▮▮▮

JAMES F MAGUIRE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                 1,508.92
ACCRUED INTEREST:                  123.35          AS OF: Mar. 07, 2011

ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):   1,632.27

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

### TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 240 | Miscellaneous penalty<br>IRC 6672 Trust Fund Recovery Penalty<br>29254-444-52902-9 | 20090808 | 03-09-2009 | $1,508.92 |
| 290 | Additional tax assessed<br>29254-444-52902-9 | 20090808 | 03-09-2009 | $0.00 |
| 971 | Notice issued<br>CP 015B | | 03-09-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 08-10-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 07-27-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- refused or unclaimed | | 08-18-2009 | $0.00 |
| 960 | Appointed representative | | 01-15-2010 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 09-06-2007 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |
|---|

**Internal Revenue Service**  **Department of the Treasury**

Keith Rucinski, Trustee  
One Cascade Plaza  
Ste 2020  
Cleveland, OH 44199

**Person to Contact:**  
Ms. Sanders 31-09204

**Telephone Number:**  
(216) 522-2819

Date: February 15 2010

NOTIFICATION OF CHANGE IN TAX LIABILITY

RE: James F. Maguire  
Case: 07-52874 Chapters 13

We have received a credit in the amount of $3988.85 this credit has been applied to the 200512 tax liability shown on the Proof of Claim.

Sincerely,

Tyrone Calhoun  
Chief Insolvency Group 3

**EXHIBIT**  
B

TOTAL P.02